769 A.2d 443

Teresa M. Levin ZEIGLER, Appellant,

v.

Carol SCOTT and Weichert Realtors and Elizabeth Perrone, a/k/a Betty Perrone, Appellees.

Supreme Court of Pennsylvania.

March 27, 2001.

472

Emil L. Iannelli, Southampton, for appellant.

Joseph K. Rejent, Hatboro, for appellee, Carol Scott.

Jonathan F. Ball, Philadelphia, for appellees, Weichert Realtors, Betty Perrone, et al.

## ORDER

PER CURIAM:

**AND NOW,** this 27th day of March, 2001, the appeal is dismissed as having been improvidently granted.